NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-1519 consolidated with 11-1518

STATE OF LOUISIANA

VERSUS

JUSTIN JAMES BADEAUX

*********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. CR120588
HONORABLE JULES DAVIS EDWARDS, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIMRED AND REMANDED FOR SENTENCING.**

Michael Harson
District Attorney – 15th Judicial District Court
P. O. Box 3306
Lafayette, LA 70502-3306
Telephone: (337) 232-5170
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

Edward Kelly Bauman
Louisiana Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
Telephone: (337) 491-0570
COUNSEL FOR:
    Defendant/Appellant - Justin James Badeaux

**Allan P. Haney**
**Assistant District Attorney – 15th Judicial District Court**
**P. O. Box 4308**
**Lafayette, LA 70502**
**Telephone:  (337) 291-7009**
**COUNSEL FOR:**
    **Plaintiff/Appellee - State of Louisiana**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State of Louisiana v. Justin James Badeaux*, 11-1518 (La.App. 3 Cir. __/__/12), ___ So.3d ___, Defendant's sentence imposed for the conviction of attempted illegal possession of stolen property over $500.00 is affirmed. This matter is remanded to the trial court for imposition of sentence on the conviction of unauthorized use of an access card for value in excess of $500.00.

**AFFIRMED AND REMANDED FOR SENTENCING.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.